**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JAMES BUMPUS,**

                                **Plaintiff,**

   **-against-**                                    **9:02-CV-0955**

**DEBRA ADAMS, et al.,**

                                **Defendants.**
_____

**DECISION & ORDER**

**McAvoy, S.U.S.D.J.:**

This action, brought pursuant to 42 U.S.C. § 1983, was referred by this Court to the Honorable Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

No objections to the Report-Recommendation dated September 5, 2006 have been filed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore, **ORDERED** that defendants' motion for summary judgment is **GRANTED** and Plaintiff's Complaint is **DISMISSED**. It is

1

further Ordered that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

**IT IS SO ORDERED.**

Dated: September 25, 2006

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge