# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

| | |
|---|---|
| **James Bumpus**<br><br>vs.<br><br>**Debra Adams, et al** | JUDGMENT IN A CIVIL CASE<br><br>**CASE NO.**   9:02-CV-955 |

___   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

DEFENDANT'S THOMAS RICKS AND LESTER WRIGHT WERE TERMINATED FROM THIS ACTION. IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 8, 2004.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT HAS BEEN GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED SEPTEMBER 25, 2006.

Dated:  September 25, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk